**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CRYPTOPEAK SOLUTIONS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § | Case No. 2:15-cv-1294-RWS-RSP |
| CHARLES SCHAWB & CO., INC., | | |
| Defendant. | | |

## ORDER

Pending before the Court is Plaintiff's Opposed Motion for Leave to Propound Venue Interrogatories and for Extension of Deadline for Plaintiff CryptoPeak to File its Response to Defendants' Transfer Motions. (Dkt. No. 20.) The Court considers this a timely request to extend the response deadline and for leave to conduct venue discovery. *See* Local Rule CV-7(e). Therefore, Plaintiff's Opposed Motion for Leave (Dkt. No. 20) is **GRANTED**. Plaintiff shall have **FORTY-FIVE** days from the issuance of this Order to respond to Defendant's Motion to Transfer Venue.

SIGNED this 27th day of January, 2016.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE